Filed 1/15/25  P. v. Kahassay CA5

NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE, Plaintiff and Respondent, v. YOHANAS ABRAHAM KAHASSAY, Defendant and Appellant. | F088082 (Super. Ct. No. F24901555) OPINION |

-ooOoo-

### THE COURT[*]

APPEAL from a judgment of the Superior Court of Fresno County.  Mark E. Cullers, Judge.

Francine R. Tone, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

---

[*]     Before Detjen, Acting P. J., Smith, J. and Meehan, J.

## INTRODUCTION

Appellant and defendant Yohanas Abraham Kahassy (appellant) pleaded no contest to second degree robbery and was sentenced to the second strike term of 10 years in prison.

On appeal, appellant's counsel filed a brief that summarized the facts with citations to the record, raised no issues, and asked this court to independently review the record. (*People v. Wende* (1979) 25 Cal.3d 436.) Appellant has not filed a supplemental brief. We affirm.

## FACTS[1]

"Surveillance footage on or about October 5, 2023[,] showed [appellant] and [three] other males take some candy and leave the [store] without paying. A store clerk followed the men into the parking lot and [appellant] lifted up his shirt slightly exposing the butt of a gun in his waistband. [Appellant] said[,] 'Don't take a picture' and 'When do you get off?' The gun was never removed from his waistband and all suspects left the scene."

## PROCEDURAL BACKGROUND

On March 1, 2024, a felony complaint was filed in the Fresno County Superior Court charging appellant with count 1, second degree robbery on or about October 5, 2023 (Pen. Code,[2] § 211), with two prior strike convictions, two prior serious felony conviction enhancements (§ 667, subd. (a)(1)), and two allegations of aggravating factors.

On March 15, 2024, appellant entered into a negotiated disposition and pleaded no contest to second degree robbery, admitted two prior strike convictions for robbery

---

[1]    The following facts are taken from appellant's request to dismiss his prior strike convictions.

[2]    All further statutory citations are to the Penal Code unless otherwise indicated.

(§ 211) and first degree burglary (§§ 459/460, subd. (a)) in 2020, and admitted two aggravating factors that he was armed or used a weapon in the commission of the offense, and his prior convictions were numerous or increasing in seriousness (Cal. Rules of Court, rule 4.421(a)(2), (b)(2)), with a 10-year lid.

On April 10, 2024, appellant filed a request to dismiss one of the prior strike convictions pursuant to *People v. Superior Court (Romero)* (1996) 13 Cal.4th 497.

On April 25, 2024, the trial court granted appellant's *Romero* request and dismissed one of the prior strike convictions. The court imposed the upper term of five years, doubled to the second strike term of 10 years in prison.

On May 22, 2024, appellant filed a timely notice of appeal; his request for a certificate of probable cause was denied.

On August 26, 2024, this court granted appellant's motion for constructive filing to construe the notice of appeal to state: " 'The appeal is based on the sentence or other matters occurring after the plea.' "

## DISCUSSION

As noted above, appellant's counsel filed a *Wende* brief with this court. The brief also included counsel's declaration indicating that appellant was advised he could file his own brief with this court. By letter on November 6, 2024, we invited appellant to submit additional briefing. To date, he has not done so.

After independent review of the record, we find that no reasonably arguable factual or legal issues exist.

## DISPOSITION

The judgment is affirmed.

3.